FILED
BILLINGS DIV.

2008 JAN 25 PM 12 17

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BILLINGS DIVISION

| | |
|---|---|
| MAURICE L. FITZGERALD, | CV-07-25-BLG-RFC |
| Plaintiff, | |
| vs. | |
| MIKE MAHONEY; ATTORNEY GENERAL OF THE STATE OF MONTANA, | ORDER ADOPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |
| Defendant. | |

On November 27, 2008, United States Magistrate Carolyn S. Ostby entered her Findings and Recommendation. *Doc. 11*. Magistrate Judge Ostby recommends that Plaintiff's fourth § 2254 petition for habeas corpus be dismissed with prejudice because it is an unauthorized second or successive petition. Magistrate Judge Ostby further recommends this Court deny a certificate of appealability.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections. 28 U.S.C. § 636(b)(1). In this matter, Plaintiff filed objections on December 20, 2007. Plaintiff's objections require this Court to make a *de novo* determination of those portions of the Findings and Recommendations to which objection is made. 28 U.S.C. § 635(b)(1). Plaintiff's objections are not well taken.

Plaintiff objects on the ground that the failure of the Court to appoint counsel violates the Sixth and Fourteenth Amendments because without counsel he cannot formulate good arguments

1

which would entitle him to § 2254 relief. Although Plaintiff asserts he filed a motion for counsel on July 31, 2007, this Court's docket reveals no such motion. Regardless, the Court of Appeals has denied Plaintiff's application to file a second or successive habeas petition. *Doc. 10*. There is no attorney or legal argument which can circumvent 28 U.S.C. § 2244(b)'s prohibition against second or successive habeas petitions without authorization of the Court of Appeals.

After a de novo review, the Court determines the Findings and Recommendation of Magistrate Judge Ostby are well grounded in law and fact and **HEREBY ORDERS** they be adopted in their entirety.

**IT IS FURTHER ORDERED** that Plaintiff's Petition (*Doc. 1*) is **DISMISSED WITH PREJUDICE.** No certificate of appealability shall issue.

The Clerk of Court shall notify the parties of the making of this Order and close this case accordingly.

DATED this 25 day of January, 2008.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE

2